IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Bankruptcy No.: 17-24840-CMB |
| JAMES RIGGS, ) | |
| ) | Chapter 13 |
| Debtor. ) | |
| _____ ) | Related to Document No. 21 |
| ) | |
| COUNTY OF ALLEGHENY, ) | Conciliation Conference Date and Time: |
| ) | August 9, 2018 @ 1:30 p.m. |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| JAMES RIGGS, ) | |
| ) | |
| Respondent. ) | |

**OBJECTIONS OF THE COUNTY OF ALLEGHENY TO CONFIRMATION
OF DEBTOR'S CHAPTER 13 PLAN DATED JANUARY 15, 2018**

AND NOW comes the County of Allegheny, by and through its counsel, Jeffrey R. Hunt, Esquire and Goehring, Rutter & Boehm, and files the following Objection to Confirmation of Debtor's Chapter 13 Plan dated January 15, 2018, and in support thereof, avers as follows:

1. On December 1, 2017, James Riggs ("Debtor") filed a Chapter 13 bankruptcy case at the above-captioned bankruptcy number.

2. The County of Allegheny ("County") is a creditor in the within bankruptcy case by virtue of delinquent real estate taxes owed by Debtor.

3. Debtor is the owner of the following parcels of real property situate within the County of Allegheny, Commonwealth of Pennsylvania: (a) Block and Lot 465-R-25 (811 Lauck Street), (b) Block and Lot 465-R-299 (2701 F Street), (c) 548-A-206 (205 Oakdale Road), (d) Block and Lot 383-K-195 (1403 Washington Boulevard), and (e) Block and Lot 655-F-107 (3812 Liberty Way) (collectively the "Properties").

4. On February 7, 2018, the County filed Proof of Claim No. 4-1 at the within proceeding for delinquent real estate taxes owed for the Properties for the tax years 2010-2017 in the amount of $8,951.11, plus statutory interest accruing at the rate of 12% per year on the face amount.

5. Debtor's Plan fails to provide for the full amount of the claim of the County.

6. The County objects to the approval of any Plan that fails to properly provide for its claim.

WHEREFORE, Movant, County of Allegheny, respectfully requests that this Court sustain its Objections and deny confirmation of said Plan, or amend said Plan to include the full amount of its claim.

Dated:   June 7, 2018                              Respectfully submitted,

                                                   GOEHRING, RUTTER & BOEHM


                                           By:    /s/ Jeffrey R. Hunt
                                                   Jeffrey R. Hunt, Esquire
                                                   Pa. I.D. #90342
                                                   Frick Building, 14th Floor
                                                   437 Grant Street
                                                   Pittsburgh, PA  15219
                                                   (412) 281-0587
                                                   jhunt@grblaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Bankruptcy No.: 17-24840-CMB |
| JAMES RIGGS, ) | |
| ) | Chapter 13 |
| Debtor. ) | |
| _____ ) | Related to Document No. 21 |
| ) | |
| COUNTY OF ALLEGHENY, ) | Conciliation Conference Date and Time: |
| ) | August 9, 2018 @ 1:30 p.m. |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| JAMES RIGGS, ) | |
| ) | |
| Respondent. ) | |

**CERTIFICATE OF SERVICE**

    The undersigned counsel hereby certifies that a true and correct copy of the foregoing OBJECTIONS OF THE COUNTY OF ALLEGHENY TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN DATED JANUARY 15, 2018 has been served this 7th day of June, 2018 by first-class United States mail, postage prepaid, upon:

Paul W. McElrath, Jr., Esquire
McElrath Legal Holdings, LLC
1641 Saw Mill Run Boulevard
Pittsburgh, PA  15210

Ronda J. Winnecour, Esquire
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA  15219

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222

James Riggs
3812 Liberty Way
McKeesport, PA  15133

                                                      /s/ Jeffrey R. Hunt
                                                      Jeffrey R. Hunt, Esquire

54802-1012\1825910.1